B18W (Form 18W) (08/07)

# United States Bankruptcy Court

Middle District of Alabama
Case No. **10–30224**
**Chapter 13**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Janelle A. Zeigler
    109 Graylynn Drive
    Prattville, AL 36066

Social Security / Individual Taxpayer ID No.:
    xxx–xx–0285

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

          BY THE COURT

Dated: June 18, 2013            Dwight H. Williams Jr.
          United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for certain taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                               Middle District of Alabama
In re:                                                                   Case No. 10-30224-DHW
Janelle A. Zeigler                                                       Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 1127-2           User: loverton                Page 1 of 3                  Date Rcvd: Jun 18, 2013
                               Form ID: B18W                 Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2013.
db           #+Janelle A. Zeigler,    109 Graylynn Drive,    Prattville, AL 36066-5125
aty           +Leonard N Math,    Chambless & Math,    P.O. Box 230759,    Montgomery, AL 36123-0759
aty           +Richard D. Shinbaum,    Shinbaum & Campbell,    P.O. Box 201,    Montgomery, AL 36101-0201
cr            +c/o Sallie Mae Inc. Sallie Mae ECFC,     220 Lasley Ave.,    Wilkes-Barre, PA 18706-1430
2039485        DPT ED/SLM,    11100 USA PARKWAY,    Fishers, IN 46037-9203
2039479        EQUIFAX INFORMATION SERVICES LLC,     P.O. BOX 740241,    Atlanta, GA 30374-0241
2039481        EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
2039486       +FIRST FRANKLIN,    111 NORTH MEMORIAL DRIVE,    Prattville, AL 36067-3332
2039488        KELLY TIRES CREDIT PLAN,    PROCESSING CENTER,    Des Moines, IA 50364-0001
2095132        KHEAA,    P.O. BOX 798,    FRANKFORT, KY 40602-0798
2124071        Sallie Mae Inc, on behalf of the,    Department of Education,    DOE,    P.O. Box 740351,
                Atlanta, GA 30374-0351
2039490       +TCRD/CBSD,    PO BOX 9714,    GRAY, TN 37615-9714
2039480       +TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19016-2000
2061205       +TRI-RIVERS FEDERAL CREDIT UNION,    C/O CHAMBLESS, MATH & CARR, P.C.,     P.O. BOX 230759,
                MONTGOMERY, AL 36123-0759
2039491       +TRI-RIVERS FEDERAL CREDIT UNION,    C/O LEONARD MATH,    P O BOX 230759,
                Montgomery, AL 36123-0759

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +E-mail/Text: ch13montgomery@ch13mdal.com Jun 18 2013 20:21:01     Curtis C. Reding,
                P. O. Box 173,    Montgomery, AL 36101-0173
cr            +EDI: RECOVERYCORP.COM Jun 18 2013 20:18:00      Recovery Management Systems Corporation For GE Mon,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
2039482        E-mail/Text: dhornsby@asecu.org Jun 18 2013 20:22:10     ALABAMA STATE EMPLOYEES CU,
                P.O. BOX 231150,    MONTGOMERY, AL 36123-1150
2039483        EDI: HNDA.COM Jun 18 2013 20:18:00     AMERICAN HONDA FINANCE,    1235 OLD ALPHARETTA RD,
                STE 180,    Alpharetta, GA 30005
2115237        EDI: HNDA.COM Jun 18 2013 20:18:00     AMERICAN HONDA FINANCE CORPORATION,
                NATIONAL BANKRUPTCY CENTER,    P.O. BOX 168088,    IRVING, TX 75016-8088
2041937        EDI: DISCOVER.COM Jun 18 2013 20:18:00      DISCOVER BANK,    DFS Services LLC,    PO Box 3025,
                New Albany, Ohio   43054-3025
2039484        EDI: DISCOVER.COM Jun 18 2013 20:18:00      DISCOVER CARD,    P.O. BOX 15316,
                WILMINGTON, DE 19850-5316
2039487       +E-mail/Text: carol.brensing@usdoj.gov Jun 18 2013 20:21:08     HON. PATRICIA CONOVER,
                ASSISTANT UNITED STATES ATTY.,    P.O. BOX 197,    MONTGOMERY, AL 36101-0197
2109820       +EDI: PRA.COM Jun 18 2013 20:18:00      PRA Receivables Management, LLC,
                As Agent Of Portfolio Recovery Assocs.,    PO Box 12914,    Norfolk VA 23541-0914
2069180        EDI: RECOVERYCORP.COM Jun 18 2013 20:18:00      Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
2039489       +EDI: SALMAESERVICING.COM Jun 18 2013 20:18:00      SALLIE MAE,    1002 ARTHUR DRIVE,
                Lynn Haven, FL 32444-1683
2060266       +EDI: SALMAESERVICING.COM Jun 18 2013 20:18:00      Sallie Mae ECFC,    c/o Sallie Mae Inc.,
                220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 20, 2013**                          **Signature:**     _/s/ Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2013 at the address(es) listed below:

```
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Curtis C. Reding     trustees_office@ch13mdal.com
              Leonard N Math    on behalf of Creditor    ALABAMA STATE EMPLOYEE C.U. noticesmd@chambless-math.com
              Richard D. Shinbaum    on behalf of Debtor Janelle A. Zeigler rshinbaum@smclegal.com,
               smclegalecf@gmail.com
                                                                                                        TOTAL: 4
```